Investment Company against the Bankers' Life Insurance Company. No opinion. Motion granted, with $10 costs. Order filed.

KOEN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Mary Koen, as administratrix, etc., of Joseph A. Koen, deceased, against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

KRANDALL, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Jona Krandall against Gustav A. Schmidt. No opinion. Judgment of the Municipal Court affirmed, with costs.

KREVORUCK, Respondent, v. McLAUGH-LIN REAL ESTATE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Frank Krevoruck against the McLaughlin Real Estate Company. No opinion. Judgment unanimously affirmed, with costs.

KUJAVA, Respondent, v. IRVING, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Frank Kujava against Walter E. Irving. No opinion. Motion denied.

KUNZ, Respondent, v. ASTORIA SILK WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Adam N. Kunz against the Astoria Silk Works. No opinion. Judgment and order unanimously affirmed, with costs.

LA FRANCE, Respondent, v. POST & HENDERSON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Paul La France against the Post & Henderson Company. No opinion. Judgment and order affirmed, with costs.

LAING v. PELTON WATER WHEEL CO. (Supreme Court, Appellate Division, First Department, January 17, 1908.) Action by William T. Laing against the Pelton Water Wheel Company. No opinion. Motion denied, with $10 costs. Order filed.

In re LANDS & PREMISES SITUATE ON NORTH SIDE OF ST. MARKS AVE. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) In the matter of acquiring title by the city of New York to certain lands and premises situate on the north side of St. Marks avenue, etc. No opinion. Referee's report confirmed, and order signed.

LANG, Appellant, v. WHEATON, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Fred C. Lang, against John W. Wheaton.

No opinion. Order affirmed, with $10 costs and disbursements.

LANGE, Appellant, v. FIGGE, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Adolph Lange against Charles F. Figge. No opinion. Judgment of the Municipal Court affirmed, with costs.

LANTRY v. HOFFMAN et al. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Francis J. Lantry against Samuel V. Hoffman and others. No opinion. Application granted. Order signed.

LAURICELLA, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Giovanni Lauricella against the Metropolitan Street Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

LAVIN, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Michael Lavin against the Degnon Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.

LAW, Appellant, v. SACKEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Charlotte F. Law against Philip E. Sacken and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re LAWLOR. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) In the matter of the application of Jeremiah Lawlor for admission to the bar. No opinion. Application granted.

LENNON, Respondent, v. WESER, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Alice Lennon, as administratrix, etc., of John F. Lennon, deceased, against John Weser. No opinion. Judgment and order unanimously affirmed, with costs.

LE ROY PLOW CO., Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by the Le Roy Plow Company against Fred W. Miller. No opinion. Judgment affirmed, with costs.

LESE, Appellant, v. LAMPRECHT, Respondent. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Appeal from Special Term. Action by Louis Lese against Anna Lamprecht, individually and as executrix of the estate of Hugo Lamprecht, deceased, for the specific performance of a contract. From a judgment for defendant, plaintiff appeals. Affirmed. John D. Connolly, for